**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| CHERMAIN FISHER,<br>5846 Eastern Avenue, NE<br>Washington, DC 20011<br><br>    Plaintiff,<br><br>v.<br><br>SCHINDLER ELEVATOR CORPORATION,<br><br>and<br><br>R.H. MACY & CO., INC.<br>Serve:  The Corporation Trust, RA<br>        32 South Street<br>        Baltimore, MD 21202<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No.:<br>) Removed from the Circuit Court<br>) for Prince George's County, MD<br>) Case No.: CAL18-41743<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant Schindler Elevator Corporation, by and through its undersigned attorneys, and pursuant to 28 U.S.C. §§1332, 1441 and 1446, hereby removes this civil action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland ("the district court").  As grounds for removal, Schindler respectfully avers as follows:

1.      On or about December 26, 2018, Schindler was served with a copy of the complaint filed by Plaintiff Chermain Fisher in the State Court Action (the "Complaint").  A copy of the Complaint and Summons are attached hereto as Exhibit 1 and incorporated by reference herein pursuant to Rule 10(c) of the Federal Rules of Civil Procedure.

2.      Schindler is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business in New Jersey.

3.      Plaintiff alleges that she is a resident of the District of Columbia.  *See* Compl. ¶ 1.

4.      Upon information and belief, Macys is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business in New York, NY.

5.      The Complaint alleges damages in excess of $75,000, plus interest and costs.  *See* Compl. at p. 4.  Thus, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.      The State Court Action is removable by Schindler based on diversity jurisdiction. *See* 28 U.S.C. § 1332(a).

7.      This action is removable because there is complete diversity between the served parties, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8.      This action is removable to the United States District Court for the District of Columbia, Greenbelt Division, because this division embraces Prince George's County, where the State Court Action was filed.  *See* 28 U.S.C. § 1441(a).

9.      This removal is timely because it has been filed within thirty (30) days after service of the Complaint and Summons by Plaintiff.

10.      Contemporaneous with this Notice of Removal, Schindler has filed a copy of all process and pleadings served upon it in the State Court Action by attaching same as Exhibit A hereto as required by 28 U.S.C. § 1446(a).  There have not been any orders filed in the State Court Action.

12.      A Notice of Filing this Notice of Removal is being filed with the Clerk of the Circuit Court for Prince George's County, in the State Court Action, as required by 28 U.S.C. § 1446(d).

2

WHEREFORE, Schindler hereby removes civil action No. C-13-CV-000267 from the

Circuit Court of Maryland for Prince George's County to the United States District Court for the

District of Maryland.

**ECKERT SEAMANS CHERIN
& MELLOTT, LLC**

By:      */s/ Jessica A. Glajch*
Edward J. Longosz, II (#07509)
Jessica A. Glajch (#20040)
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006
(202) 659-6619/6672
elongosz@eckertseamans.com
jglajch@eckertseamans.com

*Counsel for Schindler Elevator Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Notice of Removal** was mailed, first-class, postage prepaid, this 25th day of January, 2019, to:

> Robyn B. Lupo, Esquire
> 3905 National Drive
> #300
> Burtonsville, MD 20866-1100
>
> R.H. MACY & CO., INC.
> Serve:  The Corporation Trust, RA
> 32 South Street
> Baltimore, MD 21202

*/s/ Jessica A. Glajch*
Jessica A. Glajch

4