IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| CHERMAIN FISHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 8:19-cv-00241-PWG |
| | ) Judge Paul W. Grimm |
| SCHINDLER ELEVATOR CORPORATION, | ) |
| and | ) |
| R.H. MACY & CO., INC. | ) |
| Defendants. | ) |

## LINE OF DISMISSAL

Please enter this case as Settled, Satisfied and Dismissed with Prejudice.

_____/s/_____
Robyn B. Lupo, Esquire
3905 National Drive #300
Burtonsville, MD 20866
301-989-8800
Robynlupo@aol.com
Counsel for Plaintiff Fisher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the aforegoing Interrogatories was mailed, first-class mail, postage prepaid, this 18th day of April, 2019 to:

Edward J. Longosz, II (#07509)
Jessica A. Glajch (#20040)
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006

_____/s/_____
Robyn B. Lupo